**No. 09-594. Jose Erasmo De la Rosa, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 903, 130 S. Ct. 3272, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 3893.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 579 F.3d 1327.

**No. 09-600. Yewhalashet Abebe, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 903, 130 S. Ct. 3272, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 4032.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 554 F.3d 1203.

**No. 09-767. SKF USA, Inc., Petitioner v. Customs and Border Protection, et al.**

560 U.S. 903, 130 S. Ct. 3273, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 3940.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 556 F.3d 1337.

**No. 09-830. Balmoris Alexander Contreras-Martinez, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 903, 130 S. Ct. 3274, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 3983.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 346 Fed. Appx. 956.

**No. 09-862. John Anthony Magyar, Petitioner v. Mississippi.**

560 U.S. 903, 130 S. Ct. 3274, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 3999,

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 18 So. 3d 807.

**No. 09-877. John J. Pudelski, Petitioner v. Julius Wilson, Warden.**

560 U.S. 904, 130 S. Ct. 3274, 176 L. Ed. 2d 1182, 2010 U.S. LEXIS 3979.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 576 F.3d 595.